**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (BRIDGEPORT)**

| | |
|---|---|
| IN RE: DALE MORGADO, | CASE NO. 19-51232 (JAM) |
| | CHAPTER 7 |
| DEBTOR | OCTOBER 17, 2019 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, the undersigned hereby enters her appearance for and on behalf of creditors, Robert Lee Ruszkowski, Jr., Dana Renee Griffith and Jill Kathleen King, in the above-captioned case. The undersigned requests that notices of all matters and filings in this case, including all of those notices required to be send pursuant to Federal Rule of Bankruptcy Procedure 2002, be sent to the undersigned attorney.

Dated: Greenwich, Connecticut
October 17, 2019

/s/ *Jessica M. Signor*
Jessica M. Signor, Esq.
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, Connecticut 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9462
Federal Bar No.: ct30066
Email: jsignor@ibolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2019, a copy of the foregoing was filed electronically and therefore served electronically or by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ *Jessica M. Signor*
                                                Jessica M. Signor, Esq. (ct30066)