**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-51232 JAM |
| DALE MORGADO | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | |
| | : | |
| SANTANDER CONSUMER USA INC. DBA | : | |
| CHRYSLER CAPITAL | | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| DALE MORGADO | : | |
| RICHARD M. COAN, TRUSTEE, | : | |
| RESPONDENT | : | |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

Santander Consumer USA Inc. Dba Chrysler Capital ("Santander") as and for a motion, pursuant to 11 U.S.C. §362(d) and Rule 4001(a) F.R.B.P., seeking an Order granting relief from Automatic Stay in order to obtain possession and dispose of its collateral, namely one 2015 Dodge Ram 1500, states the following as grounds therefore:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§1334(b) and §157(a) and §362(d) of Title 11, United States Code (hereinafter referred to as the "Code"). Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2. On September 13, 2019 Dale Morgado hereinafter referred to as the 'Debtor' filed a voluntary petition under Chapter 7 of Title 11 of the Code with this Court.

3. On October 24, 2015, the Debtor entered into a Retail Installment Contract (hereinafter referred to as the 'Contract') with Pamby Motors Inc. (hereinafter referred to as the

"Seller"), whereby the Debtor agreed to pay a total of payments in the amount of $32,374.80, in connection with the purchase of a 2015 Dodge Ram 1500, Vehicle Identification Number 1C6RR7GT5FS776330 (hereinafter referred to as the 'Motor Vehicle').

4. Thereafter, pursuant to its terms, the Contract was duly assigned by the Seller to Santander and the latter is now the holder and owner of same.

5. Pursuant to the terms and provision of the Contract, Santander was granted and presently retains a purchase money security interest in, <u>inter</u> <u>alia</u>, the Motor Vehicle and any accessories, equipment and replacement parts installed in said Motor Vehicle. No other collateral exists securing this obligation.

6. Santander duly perfected such security interest by noting its lien on the Certificate of Title. Copies of the Contract and Certificate of Title are collectively annexed hereto as Exhibit "A" and made a part hereof.

7. At the present time the Debtor is in default under the terms and provisions of the contract as follows:

    a.    Balance Due: $19,477.00

    b.    Arrears: $10,341.45 for the months of December 23, 2017 through and including October 23, 2019.

(**NOTE**: The forgoing does not represent any amounts which may be due for late charges, costs and attorneys' fees as may be allowed by the Court).

8. Santander has ascertained that the fair market replacement value of the motor vehicle is $23,675.00, based upon the relevant values for this vehicle set forth in the N.A.D.A. publication for this area, a copy of which is annexed hereto as Exhibit "B" and made a part hereof.

9. Pursuant to 11 U.S.C. §362(a), upon commencement of the bankruptcy case, Santander was and is stayed from taking any action against any debtor to obtain possession and control of the subject motor vehicle.

10. Upon information and belief, the Debtor continues to enjoy the use and possession of the motor vehicle subjecting same to normal occupational wear and tear thereby causing the motor vehicle to depreciate in value. It is respectfully submitted that the continued use of the motor vehicle shall eventually render it useless thereby causing Santander irreparable damage to its interests in same.

11. It is respectfully asserted that Santander's interest in the motor vehicle will not be adequately protected if the automatic stay is allowed to remain in effect.

12. Accordingly, sufficient cause exists, pursuant to 11 U.S.C. §362(d)(1) to grant Santander immediate relief from automatic stay herein.

13. No prior application for relief requested herein has been made.

**WHEREFORE,** Santander respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d)(1) granting relief from automatic stay in order to obtain possession and dispose of its collateral and such other relief as the Court deems just and proper.

Dated at Bloomfield in said District on November 14, 2019

        MOVANT
        SANTANDER CONSUMER USA INC. DBA
        CHRYSLER CAPITAL

        /s/Mitchell J. Levine
        Mitchell J. Levine
        Federal Bar No. CT 07985
        Law Offices of Nair & Levin, P.C.
        707 Bloomfield Avenue
        Bloomfield, CT 06002
        Telephone No. 860-692-3164
        Fax No. 860-242-2980
        e-mail address: mlevine@nairlevin.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE | : CASE NO 19-51232 JAM |
| DALE MORGADO | : CHAPTER 7 |
| DEBTOR(S) | |
| SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL<br>vs. | : Re: ECF No.: |
| DALE MORGADO<br>RICHARD M. COAN, TRUSTEE,<br>RESPONDENT | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Santander Consumer USA Inc. Dba Chrysler Capital (the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No. _____.  After notice and a hearing, *see* 11 U.S.C. Section 102(1), and in compliance with the Court's Contested Matter Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. Section 362(a) is modified pursuant to 11 U.S.C. Section 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to  2015 Dodge Ram 1500, Vehicle Identification Number 1C6RR7GT5FS776330, in accordance with applicable non-bankruptcy law.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

IN RE
DALE MORGADO                                          : CASE NO. 19-51232 JAM

                                                                                                          : CHAPTER: 7

DEBTOR(S)

### NOTICE OF CONTESTED MATTER RESPONSE DATE

Santander Consumer USA Inc. dba Chrysler Capital, (the "Movant") has filed a Motion for Relief from Automatic Stay (the "Contested Matter") with the United States Bankruptcy Court for the District of Connecticut. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than December 2, 2019*. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S. C. section 102 (1).

Dated at Bloomfield, Connecticut on November 14, 2019

                                                         SANTANDER CONSUMER USA INC. DBA
                                                         CHRYSLER CAPITAL
                                                         THE MOVANT
                                                         /s/Mitchell J. Levine
                                                         Mitchell J. Levine
                                                         Federal Bar No. CT 07985
                                                         Law Offices of Nair & Levin, P.C.
                                                         707 Bloomfield Avenue
                                                         Bloomfield, CT 06002
                                                         Telephone No. 860-692-3164
                                                         Fax No. 860-242-2980
                                                         e-mail address: mlevine@nairlevin.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

IN RE
DALE MORGADO                                : CASE NO. 19-51232 JAM

                                            : CHAPTER 7

DEBTOR(S)

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on November 14, 2019, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. **Documents Served:**

    (1) a copy of pleading initiating the contested matter, specifically: a Motion for Relief From Automatic Stay,

    (2) a copy of the Proposed Order associated therewith, and

    (3) a Notice of Contested Matter

2. **Parties Served Via First Class Mail:**
    **Dale Morgado**
    19 Sugar Hollow Road
    Wilton, CT 06897
    *(Debtor)*

SANTANDER CONSUMER USA INC. DBA
CHRYSLER CAPITAL
THE MOVANT

/s/Mitchell J. Levine
Mitchell J. Levine
Federal Bar No. CT 07985
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone No. 860-692-3164
Fax No. 860-242-2980
e-mail address: mlevine@nairlevin.com