UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

IN RE: DALE MORGADO

DEBTOR

CASE NO. 19-51232

CHAPTER 7

DECEMBER 17, 2019

## MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR AND/OR TO FILE A COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF CERTAIN DEBTS

Robert Lee Ruszkowski, Jr., Dana Renne Griffith and Jill Kathleen King, ("Creditors") creditors in the above captioned case, by and through their attorneys Ivey, Barnum & O'Mara, LLC., hereby move this Court pursuant to Rules 4004(b) and 4007 (c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an extension of time to file a complaint objecting to the discharge of the above-captioned debtors and/or a complaint to determine non-dischargeability of certain debts. In support of the Motion, the Creditors represent as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334.

2. Venue of this case and the Motion is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

### BACKGROUND

4. On September 13, 2019 Dale Morgado ("Debtor") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code"). At the time of the filing, the meeting of creditors under § 341(a) of the Bankruptcy Code (the "§ 341(a) Meeting")

was scheduled for October 23, 2019, and December 23, 2019, was fixed as the last day to file a complaint objecting to the discharge of the Debtors and/or a complaint to determine the non-dischargeability of certain debts.

5. The Creditors have recently retained counsel, including the undersigned as local counsel, to represent them in this matter.

**RELIEF REQUESTED**

6. In light of the approaching deadline to file an objection to discharge, Creditors request the entry of an order extending the time to file same up to and including January 23, 2019.

7. Bankruptcy Rules 4004(b) and 4007(c) permit the Court to extend the time within which a creditor may file a complaint objecting to discharge and/or the dischargeability of certain debts provided the motion is filed on or before the deadlines; and Creditors have complied with this requirement.

WHEREFORE, Creditors respectfully request that this Court enter an order granting this motion, and such other, further or different relief as it deems necessary and proper.

Dated: Greenwich, Connecticut
December 17, 2019

Michael J. Jones, Esq.
Ryan S. Tougias, Esq.
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, Connecticut 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9462
Federal Bar No.: ct09759
Email: mjones@ibolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, a copy of the foregoing was served by mail to all counsel and self-represented parties of record.

Ellery E. Plotkoin
Law Offices of Ellery E. Plotkin, LLC
16 Rive St
Norwalk, CT 06850
*Attorneys for Dale Morgado*

Richard M. Coan
Coan Lewendon Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
*Trustee*

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, Connecticut 06510
*U.S. Trustee*

Michael J. Jones, Esq. (ct09759)